890-15

# ELECTRONIC RECORD

COA #   01-14-00387-CR          OFFENSE:   30.02F1 (Burglary of Habitation)

STYLE:   Michael Diaz v. The State of Texas    COUNTY:   Harris

COA DISPOSITION:     AFFIRM/REVERSE/REMAND    TRIAL COURT: 179th District Court

DATE: 06/18/2015                Publish: NO   TC CASE #:   1391077

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Michael Diaz v. The State of Texas        CCA #:   890-15

_____ State's _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:        _____

_____Refused_____        JUDGE:        _____

DATE: Nov. 18, 2015        SIGNED: _____        PC: _____

JUDGE: PC        PUBLISH: _____        DNP: _____

-------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**